UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRANCE PROCTOR                                                                                    PLAINTIFF
ADC #087410

V.                              No. 4:20-cv-00847-JM-JTR

ARKANSAS DEPARTMENT OF
CORRECTION; *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint and Amended Complaint are dismissed without prejudice for failing to state a claim upon which relief may be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

Dated this 31st day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE