UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRANCE PROCTOR                                                                                            PLAINTIFF
ADC #087410

V.                              No. 4:20-cv-00847-JM-JTR

ARKANSAS DEPARTMENT OF
CORRECTION; *et al.*                                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 31st day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE